

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Jose Juan Zacarias<br><br>DEFENDANT(S). | CASE NUMBER<br><br>10-MJ-1671<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Thursday July_ , _15_ , at _11:00_ ☒a.m. / ☐p.m. before the Honorable _Ralph Zarefsky_ , in Courtroom _Duty-341_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _7/13/10_          _[signature]_
                          U.S. District Judge/Magistrate Judge